# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roger Mathey, | No. CV-23-00225-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Soch Management LLC, | |
| Defendant. | |

    Before the Court is the parties' proposed Stipulation for Dismissal with Prejudice ("Stipulation"), filed at Docket No. 11, under Rule 41(a)(2), Fed. R. Civ. P. The Stipulation seeks to dismiss the action with prejudice with each party to bear their own costs and attorneys' fees. Good cause appearing,

    **IT IS ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice (Doc. 11).

    **IT IS FURTHER ORDERED DISMISSING WITH PREJUDICE** Plaintiff's Complaint, (Doc. 1), with each party to bear their own fees and costs. The Clerk of the Court shall close the case.

    Dated this 15th day of September, 2023.

John C. Hinderaker
United States District Judge